■ MARIAN GALLMAN, Respondent, v T.D.M.S., LLC, Also Known as TDMS, LLC, Appellant, et al., Defendants. [999 NYS2d 907]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 27, 2013 in a foreclosure action. The order, among other things, granted plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ TAG MECHANICAL SYSTEMS, INC., Respondent, v DWORKIN CONSTRUCTION CORP. (USA), Appellant. [999 NYS2d 784]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 7, 2014. The order denied defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.